UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VICTOR COLON

    v.     Civil No. 3:02 CV 891 (PCD)

OFFICER L. TUCCIARONE, C.A.D., NO. 708,
OFFICER A. DAVILA, C.A.D. NO. 659 AND THE
CITY OF BRIDGEPORT

## JUDGMENT

This matter came on for consideration on the defendants' motion for clarification and reconsideration of ruling filed on July 21, 2003 before the Honorable Peter C. Dorsey, Senior United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on October 27, 2003, entered a Ruling granting Defendants' Motion for Clarification and reconsideration and granting summary judgment on the remaining claims of malicious prosecution and unlawful search and seizure.

It is therefore ORDERED and ADJUDGED that summary judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 11th day of February, 2004.

        KEVIN F. ROWE, CLERK
        By

        /s/ Patricia A. Villano

        Patricia A. Villano
        Deputy Clerk

EOD: _____